IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KARITA PIERSON,                    :

       Plaintiff(s),              :     Case No. 3:11-cv-352

- vs -                             :
                                   Judge Walter Herbert Rice
SKECHERS, USA, INC., et al.,       :

       Defendant(s).              :

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

December 5, 2011

                                              WALTER HERBERT RICE, JUDGE
                                              UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed pending action by the Judicial Panel on Multi-District Litigation."